# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMY MILLER, *et al.*, individually, and on behalf of all others similarly situated, | Civil Action No. 1:17-cv-14032-TLL-PTM |
| Plaintiffs, | District Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |
| v. | |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Amy Miller, Garris Graham, David Luse, Bette Leonard, and Mike Arnadi, and Defendant General Motors LLC (the "Parties"), through their undersigned counsel, have met, conferred, and hereby agree to STIPULATE to the following:

1. The above-captioned action is dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

Upon the Stipulation of the Parties, this Court being duly apprised, IT IS HEREBY ORDERED that this is action is hereby dismissed with prejudice, with all

parties to bear their own attorneys' fees and costs.

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge

Dated: July 12, 2018

**Dated: July 11, 2018**                     **STIPULATED AND AGREED BY:**

THE MILLER LAW FIRM                          BARRIS, SOTT, DENN & DRIKER, PLLC

<u>/s/ E. Powell Miller</u>                  <u>/s/ Daniel J. LaCombe (w/consent)</u>
E. Powell Miller (P39487)                    Daniel J. LaCombe (P38602)
Sharon S. Almonrode (P33938)                 333 W. Fort Street, Suite 1200
Dennis A. Lienhardt (P81118)                 Detroit, Michigan  48226
950 W. University Drive, Suite 300           Telephone: (313) 965-9726
Rochester, Michigan  48307                   dlacombe@bsdd.com
Telephone: (248) 841-2200
epm@milllawpc.com                            Kathleen Taylor Sooy
ssa@millerllawpc.com                         April N. Ross
dal@millerlawpc.com                          CROWELL & MORING LLP
                                             1001 Pennsylvania Avenue NW
Adam J. Levitt                               Washington DC  20004
John E. Tangren                              Telephone: (202) 624-2500
Daniel R. Ferri                              ksooy@crowell.com
DICELLO LEVITT & CASEY LLC                   aross@crowell.com
Ten North Dearborn Street
Eleventh Floor                               *Attorneys for Defendant General*
Chicago, Illinois  60602                     *Motors LLC*
Telephone: (312) 214-7900
alevitt@dlcfirm.com
jtangren@dlcfirm.com
dferri@dlcfirm.com

W. Daniel "Dee" Miles, III
A. Clay Barnett, III
Archie I. Grubb, II
Christopher D. Baldwin
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama  63104
Telephone:  (334) 269-2343
Dee.miles@beasleyallen.com
Clay.barnett@beasleyallen.com
Archie.grubb@beasleyallen.com
Chris.baldwin@beasleyallen.com

Courtney L. Davenport
THE DAVENPORT LAW FIRM LLC
18805 Porterfield Way
Germantown, Maryland  20874
Telephone: (703) 901-1660
Courtney@thedavenportlawfirm.com

*Attorneys for Plaintiffs*

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 12, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager